**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ERICA WILLIAMS** **PLAINTIFF**

**v.** **Case No. 4:12-cv-32-KGB**

**ITT EDUCATIONAL SERVICES, INC., d/b/a ITT TECHNICAL INSTITUTE, TOM OLSEN AND WENDY ANDERSON** **DEFENDANTS**

**ORDER OF DISMISSAL**

By Order dated October 9, 2012, the Court directed plaintiff Erica Williams to file a status report within 30 days containing information regarding whether she had hired new counsel or wished to proceed *pro se* and regarding the status of outstanding discovery due to defendants (Dkt. No. 13). Ms. Williams did not respond. By Order dated December 7, 2012, the Court again directed Ms. Williams to file a status report by January 7, 2013, therein responding to the Court's Order dated October 9, 2012 (Dkt. No. 14). The Court warned Ms. Williams that failure to comply with the Court's Orders could result in her case being dismissed without prejudice pursuant to Local Rule 5.5(c)(2). Ms. Williams did not respond and has not otherwise contacted the Court.

The Court finds that this case should be and hereby is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

Defendant ITT Educational Services, Inc., d/b/a ITT Technical Institute ("ITT") has moved to dismiss this case citing the Court's two prior warnings to Ms. Williams that her case could be dismissed if she did not respond to the Court's Orders (Dkt. No. 16). ITT also requests that the Court award it costs and fees. For the reasons discussed above, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2). ITT's request for costs and fees is denied.

SO ORDERED this the 1st day of February, 2013.

Kristine G. Baker
United States District Judge