IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ERICA WILLIAMS**                                                                                      **PLAINTIFF**

**v.**                                            **Case No. 4:12-cv-32-KGB**

**ITT EDUCATIONAL SERVICES,**
**INC., d/b/a ITT TECHNICAL INSTITUTE,**                            **DEFENDANTS**
**TOM OLSEN AND WENDY ANDERSON**

## JUDGMENT

Consistent with the Order that was entered on this day, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

SO ORDERED this the 1st day of February, 2013.

_____
Kristine G. Baker
United States District Judge